**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES** : | |
| : | **1:12-CR-194** |
| : | |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **TYSHAWN GREENLOVE,** : | |
| **Defendant** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

Greenlove's Motion for Compassionate Release and request for Release to Home Confinement, under 18 U.S.C. §3582(c)(1)(A), because of the COVID-19 pandemic, **(Doc. 1387)**, is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction due to his failure to exhaust his BOP administrative remedies.

                                                            s/ *Malachy E. Mannion*
                                                            **MALACHY E. MANNION**
                                                            **United States District Judge**

**Dated: June 30, 2020**
12-194-01-ORDER

1